the State of New York against Emilio Dicicio. No opinion. Motion to dismiss appeal granted. Order filed.

---

PEOPLE, Respondent, v. FOCCARI, Appellant. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Proceeding by the People of the State of New York against Genaro Foccari. C. M. Kiefer, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. GIAMANCO. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Proceeding by the People of the State of New York against Frank Giamanco. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. GROSS. SAME v. WEINGARTEN. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Proceedings by the People of the State of New York against Albert Gross and against Samuel Weingarten. No opinions. Motions granted. Orders filed.

---

PEOPLE, Respondent, v. GRZESZCZAK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Proceeding by the People of the State of New York against Stanley Grzeszczak. No opinion. Order of the County Court of Nassau County, denying motion for a new trial, reversed, and motion granted.

---

PEOPLE, Respondent, v. GRZESZCZAK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Proceeding by the People of the State of New York against Stanley Grzeszczak.

PER CURIAM. Judgment of conviction of the County Court of Nassau County reversed, and new trial ordered, because of error in the admission of the testimony of the witness Hoffman, and of error in the admission of declarations of the witness defendant's wife, in the absence of defendant, and also for error in exclusion of testimony as to the reputation of the defendant at folio 190 of the record.

---

PEOPLE, Appellant, v. HALE, Respondent. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Proceeding by the People of the State of New York against William H. Hale. M. M. Wyvell, for the People. W. G. Breed, for respondent. No opinion. Determination (62 Misc. Rep. 240, 114 N. Y. Supp. 945) affirmed, with costs. Order filed. See, also, 138 App. Div. 891, 122 N. Y. Supp. 1141.

---

PEOPLE, Respondent, v. HERBERT, Appellant et al. (Supreme Court, Appellate Division, First Department. January 6, 1911.) Proceeding by the People of the State of New York against Walter Herbert, impleaded with others. G. G. Battle, for appellant. F. C. Tanner, for the People. No opinion. Order affirmed. Order filed. See, also, People ex rel. Herbert v. Hanley, 126 N. Y. Supp. 840.

PEOPLE, Respondent, v. KRIEGER, Appellant. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Proceeding by the People of the State of New York against Adolph Krieger. T. J. O'Neill, for appellant. R. S. Johnstone, for the People. No opinion. Judgment and order affirmed. Order filed.

---

PEOPLE, Respondent, v. LANKENAU, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Proceeding by the People of the State of New York against Henry Lankenau.

PER CURIAM. Judgment of conviction of the Court of Special Sessions reversed, and new trial ordered, on the ground that the guilt of the defendant was not established beyond a reasonable doubt.

HIRSCHBERG, P. J., and RICH, J., dissent.

---

PEOPLE, Respondent, v. McDERMOTT DAIRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Proceeding by the People of the State of New York against the McDermott Dairy Company.

PER CURIAM. The mere possession of the milk, under the circumstances of this case, was not sufficient to justify a judgment of conviction. See People v. Timmerman, 79 App. Div. 565, 80 N. Y. Supp. 285, affirmed 179 N. Y. 550, 71 N. E. 1136. Judgment of the Municipal Court reversed, and new trial ordered. See, also, 122 N. Y. Supp. 294.

HIRSCHBERG, P. J., and THOMAS, J., dissent.

---

PEOPLE, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Proceeding by the People of the State of New York against Tony Miller. M. H. Gottlieb, for appellant. R. C. Taylor, for the People. No opinion. Judgment and order affirmed. Order filed.

---

PEOPLE, Respondent, v. MITCHELL, Appellant. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Proceeding by the People of the State of New York against Irene Mitchell. Karlin & Busch, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE v. MORRISON. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Proceeding by the People of the State of New York against Joseph Morrison. No opinion. Motion to dismiss appeal granted. Order filed.

---

PEOPLE, Respondent, v. PRATHER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Proceeding by the People of the State of New